**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ADRIAN A. KARIMI, ESQ.**
Nevada Bar No. 13514
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorney for Plaintiff*
*Kara Grandison*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARA GRANDISON, an individual, | CASE NO. 2:19-cv-01880-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT AND TO EXTEND DEFENDANTS' DEADLINE TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST LECHELE CHILTON** |
| LECHELE CHILTON, an individual; GEICO CASUALTY COMPANY, a foreign corporation; DOES I through XX, inclusive and ROE CORPORATIONS I through XX, inclusive, | |
| Defendant. | |

Plaintiff, KARA GRANDISON, by and through her counsel of record, Ramzy P. Ladah and Adrian A. Karimi of LADAH LAW FIRM, and Defendants GEICO ADVANTAGE INSURANCE COMPANY, erroneously sued as "GEICO CASUALTY COMPANY" ("GEICO"), and LECHELE CHILTON, by and through their attorneys of record, Thomas E. Winner and Caitlin J. Lorelli of WINNER & SHERROD, hereby stipulate to an extension of time for Plaintiff to oppose Defendants' *Motion for Partial Summary Judgment and/or or In the Alternative, Motion To Bifurcate Extra-Contractual Causes of Action*; and to an extension of time for Defendants to reply to Plaintiff's Response to Defendants' *Motion to Dismiss Plaintiff's Complaint Against LeChele Chilton in Accordance with FRCP 12(b)(6)*, on file herein. (ECF No. 12, 14 & 15).

1

## REASONS FOR REQUESTED EXTENSION

Defendant filed its Motion to Dismiss Plaintiff's Complaint Against Lechele Chilton in Accordance with FRCP 12(b)(6) (ECF No. 12) on December 5, 2019, and Plaintiff's Response (ECF No. 15) was filed on December 18, 2019. A reply is due on or before Wednesday, December 25, 2019.

Defendant filed its Motion for Partial Summary Judgement and/or or In the Alternative, Motion to Bifurcate Extra-Contractual Causes of Action (ECF No. 14) on December 6, 2019. Plaintiff's Response is due on or before Friday, December 27, 2019.

Due to introduction of new counsel, and the immediate Holidays, Plaintiff requested, and Defendant's counsel kindly agreed, to extend the deadline for Plaintiff to respond to Defendant's Motion for Partial Summary Judgement to January 8, 2020. The parties also stipulate that Defendant's Reply to their Motion for Summary Judgement be adjusted accordingly.

The parties further stipulate that the Defendant Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint Against LeChele Chilton now be due on January 8, 2020.

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 5th day of December, 2019.          DATED this 5th day of December, 2019.

LADAH LAW FIRM                                       WINNER & SHERROD

*/s/: Ramzy Ladah, Esq.*
RAMZY P. LADAH
Nevada Bar No. 11405
ADRIAN A. KARIMI
Nevada Bar No. 13514
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

*/s/: Caitlin Lorelli, Esq.*
THOMAS E. WINNER
Nevada Bar No. 5168
CAITLIN J. LORELLI
Nevada Bar No. 14571
1117 South Rancho Drive
Las Vegas, NV 89102
*Attorneys for Defendants*

**O R D E R**

Pursuant to the Stipulation of the Parties, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Response to Defendants' Motion for Partial Summary Judgment and/or in the Alternative, Motion To Bifurcate Extra-Contractual Causes of Action, is due on or before January 8, 2020. It is further ORDERED, ADJUDGED, AND DECREED that Defendants' Reply in support of their Motion to Dismiss LeChele Chilton is due on or before January 8, 2020 and that Defendants' Reply to their Motion for Partial Summary Judgement be adjusted accordingly in light of the new Response date above.

IT IS SO ORDERED, this 26th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE